NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIEM LLC,**

*Plaintiff-Appellee*

**v.**

**BIGCOMMERCE, INC.,**

*Defendant-Appellant*

---

2019-1745

---

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-05978-SI, Senior Judge Susan Y. Illston.

---

## JUDGMENT

---

BRETT RISMILLER, Husky Finch, St. Louis, MO, argued for plaintiff-appellee.

AMIT AGARWAL, Tampa, FL, argued for defendant-appellant. Also represented by WILLIAM ROBERT LAMB, Gillam & Smith, LLP, Marshall, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    PER CURIAM (PROST, *Chief Judge,* SCHALL and WALLACH, *Circuit Judges*).

## AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| February 6, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |